IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

THADDEUS DANTZLER, #K2137                                 PETITIONER

VS.                                 CIVIL ACTION NO. 2:09cv134-KS-MTP

RON KING                                                    RESPONDENT

ORDER DIRECTING RESPONSE TO MOTION

Presently pending before the court is a Motion to Dismiss [9], filed by Respondent on November 17, 2009. Petitioner has not responded to the motion. Because the motion, if granted, could result in the dismissal of this case, the court will afford Petitioner a final opportunity to respond to the motion.

It is, therefore, ORDERED and ADJUDGED that:

1. Petitioner shall file his response to the motion on or before December 28, 2009; and

2. Should Petitioner fail to respond by December 28, 2009, the motion will be considered and ruled upon without his response.

SO ORDERED AND ADJUDGED this the 9th day of December, 2009.

                                                                    s/ Michael T. Parker
                                                                    United States Magistrate Judge